PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed:  ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **EASTERN**
DISTRICT OF LOUISIANA        Divisional Office

Name and Office of Person
Furnishing Information on  ☒ U.S. Atty  ☐ Other U.S. Agency
THIS FORM           Phone No. (504) 680-3000
Name of Asst.
U.S. Attorney   Theodore R. Carter, III
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense  Orleans Parish    County Orleans

CASE NO.
USA vs 12-259 SEALED

Defendant:  DEVAUGHN GIVENS a/k/a Turtle

Address:  New Orleans, LA  SECT. F MAG. 1

☐ Interpreter Required   Dialect: _____

Birth Date _____        ☑ Male   ☐ Alien
☐ Female  (if applicable)

Social Security Number  XXX-XX-_____

### DEFENDANT

Issue:  ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☑ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts  1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 U.S.C. Section 846 | Violation of Federal Controlled Substances Act | 1 |
| 4 | 21 U.S.C. Section 841(a)(1) | Violation of Federal Controlled Substances Act | 1,14, |
| | | | |
| | | | |
| | | | |