FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 JUN 26  PM 12: 29

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA



## BILL OF INFORMATION TO ESTABLISH PRIOR CONVICTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO:  12-259 |
| v. | * | SECTION: "F" |
| DEVAUGHN GIVENS | * | VIOLATION:  21 U.S.C. § 851(a) |
| | *    *    * | |

The United States Attorney charges that:

## COUNT 1

On or about March 19, 2008, in the Criminal District Court for the Parish of Orleans, in State of Louisiana v. Devaughn Givens, Criminal Docket No. 488-576 "A," the defendant, **DEVAUGHN GIVENS**, was convicted of attempted distribution of marijuana in violation of L.S.A.-R.S. 40:966 and sentenced to two years imprisonment, suspended, two years probation.

___Fee _USA_
___Process_____
_X_Dktd _____
___CtRmDep_____
___Doc. No._____

This bill of information is filed pursuant to the requirements of Title 21, United States Code,

Section 851(a).

DANA BOENTE
United States Attorney

FRED P. HARPER, Jr
First Assistant
Assistant United States Attorney
Bar Roll No. 6568

DUANE A. EVANS
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No. 24086

THEODORE R. CARTER, III
Assistant United States Attorney
Bar Roll No. IL 6188964

New Orleans, Louisiana
June 25, 2013

2

No. 12-259 "F"

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*vs.*

DEVAUGHN GIVENS

**BILL OF INFORMATION
TO ESTABLISH PRIOR CONVICTION**

Violation(s):   VIOLATION:   21 U.S.C. § 851(a)

*Filed* _____ *, 20* 13 _____

_____ *, Clerk.*

*By* _____ *, Deputy*

*Assistant United States Attorney*