**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  12-259 |
| v. | * | SECTION:  "F" |
| LANCE GIVENS, et. al., | * | |

\*     \*     \*

**FACTUAL BASIS**

If this matter were to proceed to trial, the United States of America would prove the following facts beyond a reasonable doubt:

Beginning in approximately November 2011, agents of the Drug Enforcement Administration (DEA") began an investigation into the drug trafficking activities of Lance Givens and a number of his associates in the Cut-Off area of New Orleans, La.  The investigation involved information from confidential informants, controlled purchases of heroin and cocaine, consensually recorded telephone calls, kel recordings of meetings between informants and the targeted individuals, and Title III intercepts of Lance Given's cell phone.  DEA agents made approximately 19 controlled purchases of crack cocaine and three controlled purchases of heroin from seven different individuals.

The DEA's investigation revealed that Philbert Honore, aka "Bofil," Lance Givens, Dorian Givens, aka "Doe," Devaughn Givens, aka "Turtle," Carnell Joseph, aka "Fathead," Irvin Hadley, and others were cooperating with each other in trafficking drugs. The DEA's investigation also revealed drug trafficking activities by Irvin Ross, aka "Pinky Lee," Eddie Winchester, and Ellis Davis (Irvin Hadley's half-brother).

The evidence includes multiple purchases of drugs from the Givens brothers and others; surveillance of Philbert Honore meeting with Lance Givens before and after certain drug deals; July 4, 2012, wire intercepts of Irvin Hadley and Lance Givens discussing the purchase of an ounce of crack cocaine; July 6, 2012, wire intercepts of Carnell Joseph attempting to get crack from Lance Givens and discussing Irvin Hadley's attempts at locating a supply of crack; recorded phone calls between a CS and Ross wherein Ross stated he was waiting on Carnell Joseph to supply him with drugs and referred the CS to Lance Givens; wire intercepts of Eddie Winchester ordering heroin from Lance Givens; and June 23, 2012, wire intercepts of Lance Givens informing Devaughn Givens that he was sending Winchester to the house to pick up some heroin and directing Devaughn Givens to give heroin to Winchester.

Between November 18, 2011, and September 11, 2012, within the Eastern District of Louisiana, DEA agents used confidential sources ("CS") on multiple occasions to make the following controlled purchases of crack cocaine and heroin from the following individuals (all of which tested positive for crack and heroin):

**Lance Givens**

On January 25, 2012, a CS purchased approximately one (1) ounce of crack cocaine from Lance Givens for $1000.00 while at Givens residence on Dickens Drive. The substance tested positive for 26.8 net grams of crack.

On February 29, 2012, a CS purchased (on two separate occasions) approximately one (1) ounce of crack cocaine from Lance Givens for $1000.00 and a half (½) ounce of crack cocaine for $500.00 while at Givens residence. The substance tested positive for 26.2 net grams of crack.

On March 7, 2012, a CS purchased approximately one and a half ounce of crack cocaine from Lance Givens for $1500.00 while at Givens residence. The substance tested positive for 38.9 net grams of crack.

On May 8, 2012, a CS contacted Dorian Givens about obtaining crack. Dorian informed the CS that he would have to purchase the crack from Lance because Dorian had something he had to do at that moment. The CS contacted Lance Givens and purchased approximately one (1) ounce of crack cocaine from Lance Givens for $1000.00 while at Givens' residence. The substance tested positive for 26.8 net grams of crack.

On May 16, 2012, a CS purchased a quantity of heroin from Lance Givens for $300.00 while at Givens residence. The substance tested positive for 1.9 net grams of heroin.

**Dorian Givens aka "Doe"**

On May 19, 2012, a CS purchased approximately one (1) ounce of crack cocaine from Dorian Givens for $1000.00. The substance tested positive for 22.1 net grams of crack.

On May 1, 2012, a CS purchased approximately one (1) ounce of crack cocaine from Dorian Givens for $1000.00. The substance tested positive for 17.5 net grams of crack.

**Devaughn Givens aka "Turtle"**

On May 31, 2012, a CS purchased a quantity of heroin from Devaughn Givens for $300.00 while at Givens' residence. The substance tested positive for 2.2 net grams of heroin.

**Givens Search Warrant**

On September 26, 2012, DEA agents executed a search warrants at Lance Givens'

residence on Dickens Drive.  At Givens' residence, agents discovered both Lance and Devaughn

Givens in possession of a kilogram of cocaine hydrochloride, a quantity of crack, a quantity of

marijuana, a handgun and an assault rifle.  The handgun and assault rifle were found in the room

where Devaughn Givens was sleeping.

**Limited Nature of Factual Basis**

This proffer of evidence is not intended to constitute a complete statement of all facts

relevant to this matter, but rather is a minimum statement of facts intended to prove the necessary

factual predicates for the guilty pleas.  The limited purpose of this proffer is to demonstrate that

there exists a sufficient legal basis for the defendants' pleas of guilty to the charged offenses.

GEORGE CHANEY
Attorney for the Defendant

9/4/13
Date

LANCE GIVENS
Defendant

9-4-13
Date

JASON ROGERS WILLIAMS
Attorney for the Defendant

9/4/13
Date

DEVAUGHN GIVENS
Defendant

9-4/13
Date

DAVIDSON S. EHLE, III
Attorney for the Defendant

9/4/13
Date

DORIAN GIVENS
Defendant

9/4/13
Date

THEODORE R. CARTER, III
Assistant United States Attorney

9/4/13
Date

- 5 -